UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LISA M. JONES-MASON,<br><br>Appellant,<br><br>v.<br><br>WILLINGBORO TOWNSHIP,<br><br>Appellee. | Civil Action No. 23-14223 (RK)<br><br>**MEMORANDUM ORDER** |

**THIS MATTER** comes before the Court upon a notice of appeal from the Bankruptcy Court on September 1, 2023 filed by Appellant Lisa M. Jones-Mason. (ECF No. 1.) Appellant appeals from the Bankruptcy Court's August 22, 2023 "Revised Order Granting [Respondent] Willingboro Township's Motion to Vacate Default and Dismissing Adversary Complaint, and Denying Motion for Preliminary Injunction." (ECF No. 1-2.) The Bankruptcy Court's docket notes that Appellant's designation of record was due by September 13, 2023. (Adv. Pro. Case No. 23-1093, ECF No. 62.)

Appellant did not file a designation of record within fourteen days as required by Federal Rule of Bankruptcy Procedure 8009. On October 6, 2023, the Clerk of the Bankruptcy Court filed a Certification of Failure to File Designation of Record. (ECF No. 3.) The Bankruptcy Court granted Appellant's request to voluntarily dismiss the underlying bankruptcy proceeding on October 10, 2023, (Bkr. Case No. 22-13530, ECF No. 97), and dismissed Appellant's adversary proceeding, in which the order she now appeals was entered, on November 3, 2023, (Adv. Pro. Case No. 23-1093, ECF No. 77). On November 13, 2023, this Court issued an Order to show cause why the matter should not be dismissed for failure to prosecute the appeal.

To date, Appellant has failed to file a designation of record on appeal, respond to this Court's order to show cause, or otherwise prosecuted her appeal. Federal Rule of Bankruptcy Procedure 8003 permits the District Court to dismiss an appeal if an appellant fails to "take any step" required by the Rules. Appellant here has failed to file the designation of record for over five months despite the Court's order for her to do so.

Therefore, **IT IS** on this 5th day of February, 2024,

**ORDERED** that this appeal is **DISMISSED** without prejudice; and it is further

**ORDERED** that the Clerk of the Court is directed to **CLOSE** this matter; and it is further

**ORDERED** that the Clerk of the Court is directed to mail a copy of this order to Appellant's address on record.

_____
**ROBERT KIRSCH**
**UNITED STATES DISTRICT JUDGE**